THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Phillip Toomer, Appellant.
 
 
 

Appeal From Bamberg County
Edgar W. Dickson, Circuit Court Judge

Unpublished Opinion No. 2012-UP-205
Submitted March 1, 2012  Filed March 28,
 2012 

APPEAL DISMISSED

 
 
 
Appellate Defender Kathrine H. Hudgins, of
 Columbia, for Appellant.
Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley
 W. Elliott, all of Columbia; and Solicitor J. Strom Thurmond, Jr., of Aiken,
 for Respondent.
 
 
 

PER CURIAM:  Phillip
 Toomer appeals his conviction for second-degree criminal sexual conduct with a
 minor, arguing the trial
 judge erred in refusing to hear any
 mitigating evidence before imposing the maximum sentence.  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1] 
 APPEAL DISMISSED.
 WILLIAMS,
 THOMAS, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.